165 A.3d 464

## HALLE DEVELOPMENT

v.

## ANNE ARUNDEL CO.

**Pet. Docket No. 112, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Pending in the Court of Special Appeals (No. 1299, Sept. Term, 2016).

Petition for writ of certiorari denied

■

165 A.3d 464

## HAMMOND, Ronald

v.

## STATE of Maryland

**Pet. Docket No. 122, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 2614, Sept. Term, 2015).

Petition for writ of certiorari denied